# UNITED STATES DISTRICT COURT

for the

__Southern__ District of __New York__

__Southern__ Division

| | |
|---|---|
| Abdullah, Abdul <br> _____ <br> Plaintiff(s) <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br><br> NYPD 30Th Precinct <br> _____ <br> Defendant(s) <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | Case No. __M23651492__ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* [X] Yes [ ] No <br><br>  |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Abdullah, Abdul.
Address: 1350 5th Ave
New York, NY 10026
City / State / Zip Code
County: Manhattan
Telephone Number: 929-342-3525
E-Mail Address: timebandit2116@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Randy Delgado
Job or Title (if known): P.O. (124C4)
Address: 451 W 151 St
New York, NY 10031
City / State / Zip Code
County: Manhattan
Telephone Number: 212-690-8811
E-Mail Address (if known): NYPD 30th Precinct (@NYPD30Pct)

☐ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: M. Ducasse (97.2617)
Job or Title (if known): Police Officer
Address: 451 W 151 St
New York, NY 10031
City / State / Zip Code
County: Manhattan
Telephone Number: 212-690-8811
E-Mail Address (if known): NYPD 30th Precinct (@NYPD30Pct)

☐ Individual capacity   ☒ Official capacity

Page 2 of 6

Defendant No. 3
Name: Sergeant Smith
Job or Title (if known): Police officer, Sergeant
Address: 451 W 151 St
New York, NY 10031
City / State / Zip Code
County: Manhattan
Telephone Number: 212-690-8811
E-Mail Address (if known): NYPD 30th Precinct (@NYPD 30 Pct)

☐ Individual capacity  ☒ Official capacity

Defendant No. 4
Name: ETWAROO CHANDRADEO (941717)
Job or Title (if known): Police officer, lieutenant
Address: 451 W 151 St
New York, NY 10031
City / State / Zip Code
County: Manhattan
Telephone Number: 212-690-8811
E-Mail Address (if known): NYPD 30th Precinct (@NYPD 30 Pct)

☐ Individual capacity  ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

By violated Due due Process of the Law

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

by Depriving me of MY Rights an Privileges Protected by U.S Consitution

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Westbound 145 st Cross street Broadway

B. What date and approximate time did the events giving rise to your claim(s) occur?

12:45. PM ~~Noreb~~ November 30 2023

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

AN ILLegal Seizure and Search occurred Kidnapping and Falsely Imprison ME confiscating my Automobile an my Personal Property by Sergeant Simth officer Delgado, M. Ducasse witness by my Nephew Georgie

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

For Defamation of character
I was Deprived of Water causing dehydration
Subject to unsanititized condition in the bathroom
Lock up in a cold Prison Cell without sweater or Jacket causing Flu Like Symptoms
Stay at Home for two 2 wks under Home Care

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I will like the Court to Compensate ME For My Pain & Suffering the Sum of $15.000.00 An I will also Like to Be Compensate the Amount of $15,000.00 For Emotional Distress An Also 20,000.00 For deprivation of Rights

thank you

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Dec 26 2023

Signature of Plaintiff: Abdullah Abdul

Printed Name of Plaintiff: Abdullah Abdul. H

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number: 929-342-3525
E-mail Address: Timebandit21@gmail.com

