```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDULLAH ABDUL HAQQ,

                Plaintiff,

-against-                    24-CV-0137 (MMG)

SERGEANT SMITH; LIEUTENANT
EDWARDO CHANDRADEO; P.O. RANDY    **ORDER OF SERVICE**
DELGADO; P.O. M. DUCASSE,

                Defendants.

MARGARET M. GARNETT, United States District Judge:

    Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP). On August 14, 2024, the Office of Corporation Counsel submitted a letter providing an updated service address for Defendant Lieutenant Chandradeo Etwaroo (incorrectly named as "Edwardo Chandradeo" in this action). *See* Dkt. No. 16.

    To allow Plaintiff to effect service on Defendant Etwaroo #941717 through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant Etwaroo. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendant Etwaroo.

## CONCLUSION

The Clerk of Court is instructed to issue summonses Defendant Lieutenant Chandradeo Etwaroo #941717, complete the USM-285 form with the address for Defendant Etwaroo, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is further instructed to mail an information package to Plaintiff.

SO ORDERED.

Dated:   August 20, 2024
        New York, New York

                                             MARGARET M. GARNETT
                                             United States District Judge

**DEFENDANT ETWAROO AMENDED SERVICE ADDRESS**

1. Lieutenant Chandradeo Etwaroo #941717
   127 Pennsylvania Avenue, 3rd Floor
   Brooklyn, NY 11207