```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDULLAH ABDUL HAQQ,

                                Plaintiff,

                 -against-

SERGEANT SMITH; LIEUTENANT
EDWARDO CHANDRADEO; P.O. RANDY
DELGADO; P.O. M. DUCASSE,

                                Defendants.

24-CV-0137 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      On March 19, 2025, Plaintiff Abdullah Abdul Haqq ("Plaintiff") filed a motion for a temporary restraining order and preliminary injunction. *See* Dkt. No. 29 (the "TRO Motion").

      "The standard[s] for granting a temporary restraining order and a preliminary injunction pursuant to Rule 65 of the Federal Rules of Procedure are identical." *Spencer Trask Software & Info. Servs., LLC v. RPost Int'l, Ltd.*, 190 F. Supp. 2d 577, 580 (S.D.N.Y. 2002). Plaintiffs seeking a TRO must show that "(1) they are likely to succeed on the merits; (2) they are likely to suffer irreparable harm in the absence of preliminary relief; (3) the balance of equities tips in their favor; and (4) an injunction is in the public interest." *New York v. U.S. Dep't of Educ.*, 477 F. Supp. 3d 279, 293 (S.D.N.Y. 2020).

      The TRO Motion does not provide any basis, factual or legal, for the relief sought by Plaintiff. *See* Dkt. No. 29 at 1. Rather, it includes only bracketed placeholders for the standards that do not appear to have been completed by Plaintiff. *See id*. ("On [insert date], Plaintiff was involved in an incident involving members of the New York City Police Department where [provide details about what happened]."). The "First Set of Interrogatories" accompanying the TRO Motion likewise provide no additional information on which the Court can adequately evaluate the above factors. *See id*. at 3.

      The TRO Motion is thus DENIED. The Clerk of Court is respectfully directed to terminate Dkt. No. 29. The Clerk of Court is further respectfully directed to serve a copy of this Order on Plaintiff.

      Finally, Plaintiff is advised that the discovery phase of his case is proceeding in front of Magistrate Judge Ricardo. To the extent Plaintiff has concerns regarding the schedule or pace of

this matter, or the current discovery plan, or Defendants' compliance with discovery requests, he should raise those concerns to Magistrate Judge Ricardo.

Dated:   March 21, 2025
        New York, New York

_____
MARGARET M. GARNETT
United States District Judge