USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_8/7/2025\_\_\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL H. ABDULLAH,

                Plaintiff,

-v-

NYPD 30TH PRECINCT, *et al.*,

                Defendants.

**ORDER**

24-CV-137 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The parties are directed to file a joint status report by **September 22, 2025** not to exceed three single-spaced pages.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: August 7, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1