UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL H. ABDULLAH,

                Plaintiff,

     -v-

NYPD 30TH PRECINCT, *et al.*,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2025

**ORDER**

24-CV-137 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On August 12, 2025, Defendants filed a letter motion to compel Plaintiff, who is proceeding pro se, to serve responses to their interrogatories and requests for production. ECF No. 37.

    Plaintiff is directed to respond to this letter motion by **August 26, 2025**. The Court will hold a conference on this motion via telephone on **September 3, 2025, at 10:30 a.m.** The parties should dial in to 646-453-4442 and use the conference ID 644 728 018#.

    The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: August 18, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1