USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL H. ABDULLAH,

               Plaintiff,

-v-

NYPD 30TH PRECINCT, *et al.*,

               Defendants.

**ORDER**

24-CV-137 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On August 12, 2025, Defendants filed a letter motion to compel Plaintiff, who is proceeding pro se, to serve responses to their interrogatories and requests for production. ECF No. 37.

Plaintiff was directed to respond to this letter motion by August 26, 2025. ECF No. 38. However, no response has been filed. The Court will *sua sponte* extend the deadline for Plaintiff to respond to **August 29, 2025**.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: August 27, 2025
       New York, New York

                                                Henry J. Ricardo
                                                United States Magistrate Judge