```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL H. ABDULLAH,

               Plaintiff,

    -v-

NYPD 30th PRECINCT, *et al.*,

               Defendants.

**ORDER**

24-CV-137 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a conference to address Defendants' Letter Motion to compel Plaintiff's responses to document requests and interrogatories. ECF No. 37. After hearing from both parties, the Court reserves judgment on this letter motion pending further submissions by the parties. Defendants are directed to submit a supplemental letter brief in support of their letter motion by **September 10, 2025**. Plaintiff is directed to file his letter response, if any, by **September 17, 2025**.

    The deadline to complete all fact discovery is extended to **November 10, 2025**. The deadline for the parties to file a joint status report is adjourned from September 22, 2025 to **November 24, 2025**.

    The Clerk of Court is respectfully directed to mail a copy of this order to the pro se litigant.

**SO ORDERED.**

Dated: September 3, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge