```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL H. ABDULLAH,

                Plaintiff,

-v-

RANDY DELGADO, *et al.*,

                Defendants.

**ORDER**

24-CV-137 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On August 12, 2025, Defendants filed a letter motion to compel Plaintiff, who is proceeding *pro se*, to serve responses to their interrogatories and requests for production. ECF No. 37. On September 3, 2025, the Court ordered Defendants to submit a supplemental letter brief in support of their motion by September 10, 2025, and for Plaintiff to file a response, if any, by September 17, 2025. ECF No. 41. As of the date of this Order, Plaintiff has not filed a response. Therefore, the Court will decide the motion based on the papers already submitted.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: September 26, 2025
        New York, New York

                                        Henry J. Ricardo
                                        United States Magistrate Judge

1