UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL H. ABDULLAH,

                Plaintiff,

    -v-

RANDY DELGADO, *et al.*,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/2025

**ORDER**

24-CV-137 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On August 12, 2025, defendants filed a letter motion (the "Letter Motion") to compel responses to their discovery requests. ECF No. 37. They claimed that "[a]lthough plaintiff has purported to file responses to defendants' discovery requests on the docket, such responses are not responsive to, and do not relate to, defendants' actual requests." *Id.* at 1–2 n.1. At the Conference held on September 3, 2025, plaintiff denied that this was the case and asserted that he had responded to defendants' requests. The Court explained that it could not determine who was correct in the absence of defendants' discovery requests, which defendants did not provide with the Letter Motion. Defendants filed their discovery requests on September 10, 2025. ECF No. 42-1.

    Having compared plaintiff's discovery responses, ECF Nos. 34 and 35, to the requests to which he claimed to respond, the Court concludes that defendants are correct, and that plaintiff has failed to serve responses and objections to the requests that defendant actually served. Accordingly, the Letter Motion is

1

**GRANTED** and plaintiff must serve responses and objections by **October 29, 2025**.

Plaintiff is warned that failure to provide discovery responses could result in the imposition of sanctions, including a recommendation that plaintiff's claims be dismissed.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 37 as **GRANTED** and mail a copy of this Order to plaintiff.

**SO ORDERED.**

Dated: September 29, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge