USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL H. ABDULLAH,

          Plaintiff,

-v-

RANDY DELGADO, *et al.*,

          Defendants.

**ORDER**

24-CV-137 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On November 10, 2025, Defendants filed a pre-motion letter requesting sanctions, including dismissal of this action, due to Plaintiff's failure to participate in discovery. ECF No. 45. Plaintiff's response to this pre-motion letter is due by **December 1, 2025**.

A conference is scheduled to address this pre-motion letter on **December 8, 2025** at **10:00 a.m.**. The parties should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 775 312 327#).

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: November 12, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge