UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2025
```

ABDUL H. ABDULLAH,

           Plaintiff,

-v-

RANDY DELGADO, *et al.*,

           Defendants.

**ORDER**

24-CV-137 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On November 13, 2025, Plaintiff filed seemingly duplicative documents labeled "Demand Notice to Compel Defendant to Answer Interrogatory Questions from Plaintiff." ECF Nos. 47, 48. Defendants are directed to respond by **December 1, 2025**. Plaintiff's November 13, 2025 submission will be addressed at the conference scheduled for **December 8, 2025** at **10:00 a.m**. The parties should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 775 312 327#).

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: November 19, 2025
       New York, New York

                                          _____
                                          Henry J. Ricardo
                                          United States Magistrate Judge