UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL H. ABDULLAH,

                Plaintiff,

      -v-

RANDY DELGADO, *et al.,*

             Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/2025

**ORDER**

24-CV-137 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On December 8, 2025, the undersigned held a conference with the Parties to address Defendants' November 10, 2025 letter, ECF No. 45, in which Defendants seek dismissal of Plaintiff's claims as a sanction for his failure to respond to discovery requests.  As discussed at the conference, Plaintiff shall have **one final chance** to respond to Defendants' discovery requests by filing his responses on the docket in this action by **December 22, 2025**.  Plaintiff is again warned that **failure to provide discovery responses will result in the undersigned recommending that this case be dismissed** for failure to participate in discovery.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: December 8, 2025
      New York, New York

 

Henry J. Ricardo
United States Magistrate Judge