USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL H. ABDULLAH ,

Plaintiff,

-against-

RANDY DELGADO, et al.,

Defendants.

24-CV-00137 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The Court is in receipt of Plaintiff's request for a "determination of the docket status and disposition of his prior privacy-related submission" and "limited relief regarding his personal identifying information." Dkt. No. 66. Plaintiff states that discovery materials in this litigation "included his complete Social Security number and date of birth," and that he "does not know whether those materials were publicly docketed or shared beyond litigation participants." *Id.* at 1.

First, the Court reassures Plaintiff that in the ordinary course, documents that are only produced in discovery and not attached to any motions or other filings, are not publicly docketed or shared beyond the parties to the litigation. Second, Plaintiff is correct that any documents on the Court's docket containing Plaintiff's unredacted Social Security number should be sealed, and redacted copies of those documents should be filed, with Plaintiff's Social Security number redacted to include only the last four digits. *See* Fed. R. Civ. P. 5.2(a)(1). However, as far as the Court can tell, none of the publicly filed documents in this case appear to contain Plaintiff's Social Security number, and Plaintiff has identified no such document in his filing. Therefore, Plaintiff is directed to review the electronic docket in this case and identify which documents, if any, that are publicly filed on the Court's docket require sealing and/or redactions.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: October 23, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge